J. E. Bartlett, Appellant, v. M. M. Miller and G. C. Miller, Co-partners as Miller Brothers, Appellees.

An Appeal from the Circuit Court for the County of Charlotte.

Appeal dismissed on motion of counsel for Appellant.

*Treadwell & Treadwell,* for Appellant;

*H. L. Anderson,* for Appellees.

---

Edward C. Allen, Appellant, v. The City of St. Petersburg, a municipal corporation, and The State of Florida, Appellees. No. 3438 Ch.

An Appeal from the Circuit Court for the County of Pinellas.

Appeal dismissed on motion of counsel for Appellant.

*S. H. Harris,* for Appellant.

---

Edward C. Allen, Appellant, v. The City of St. Petersburg, a municipal corporation, and The State of Florida, Appellees. No. 3439 Ch.

An Appeal from the Circuit Court for the County of Pinellas.

Appeal dismissed on motion of counsel for Appellant.

*S. H. Harris,* for Appellant.

---

William A. Kelly, Appellant, v. John N. Kelly, as Executor of the Last Will and Testament of Leonora K. Jackson, Deceased, Appellee.

An Appeal from the Circuit Court for the County of Duval.

Appeal dismissed on motion of counsel for Appellee.

*Doggett, Christie & Doggett,* for Appellant;

*R. L. Hutchinson* and *George C. Bedell,* for Appellee.

---

Samuel Ward, Appellant, v. The Town of Haines City, a municipal corporattion, Appellee.

An Appeal from the Circuit Court for the County of Polk.

Appeal dismissed on motion of counsel for Appellee.

*Samuel Ward, in pro per.,* for Appellant;

*R. B. Huffaker,* for Appellee.